**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>- against-<br><br>LHC GROUP, INC. AND KEITH G. MYERS,<br><br>        Defendants. | **Case No. 6:12-CV-01609-JTT-CMH**<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff City of Omaha Police and Fire Retirement System ("Lead Plaintiff" or "Omaha Police and Fire") will, and hereby does, move the Court, pursuant to Fed. R. Civ. P. 23(e), for an Order Preliminarily Approving the Class Action Settlement and Providing for Notice. Lead Plaintiff's motion for preliminary approval of the settlement of the above-captioned action on a class basis is made pursuant to Fed. R. Civ. P. 23(e) and seeks an order:

  (1) granting preliminary approval to the settlement;

  (2) conditionally certifying, for settlement purposes only, the proposed class;

  (3) directing that notice of the settlement be given to the class in the proposed form and manner;

(4) setting a date by which objections, if any, to the settlement, the plan of allocation, and/or the application for the award of attorneys' fees and expenses must be served and filed;

(5) setting a date by which members of the class may request exclusion from the class;

(6) setting a date by which class members wishing to participate in the settlement must submit properly completed proof of claim and release forms and supporting documents; and

(7) scheduling a hearing before the Court to determine whether the proposed settlement should be finally approved.

Submitted herewith in support of the Motion for Preliminary Approval are: (a) the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; and (b) the Declaration of Deborah Clark-Weintraub in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. Lead Counsel has conferred with Defendants' Counsel, and Defendants do not oppose this motion.

Date: June 17, 2014

Respectfully submitted,
**LEMMON LAW FIRM, LLC**

*/s/ Andrew A. Lemmon*
ANDREW A. LEMMON (#18302)
15058 River Road
PO Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
Email: Andrew@lemmonlawfirm.com

DAVID R. SCOTT
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:   (860) 537-5537
Facsimile:    (860) 537-4432
Email:   david.scott@scott-scott.com

DEBORAH CLARK-WEINTRAUB
JOSEPH P. GUGLIELMO
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Telephone:   (212) 223-6444
Facsimile:    (212) 223-6334
Email:   dweintraub@scott-scott.com
             jguglielmo@scott-scott.com

ANNE L. BOX
JOHN T. JASNOCH
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone:   (619) 233-4565
Facsimile:    (619) 233-0508
Email:   abox@scott-scott.com
             jjasnoch@scott-scott.com

*Attorneys for Plaintiff City of Omaha Police and Fire Retirement System*

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I presented the foregoing Motion for Preliminary Approval to the Clerk of the Court for filing and uploading to the EM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I further certify that there are no non-CM/ECD participants that require notice of this filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of June, 2014 at Hahnville, Louisiana.

        /s/ Andrew A. Lemmon
        ANDREW A. LEMMON (#18302)
        15058 River Road
        PO Box 904
        Hahnville, LA 70057
        Telephone:    (985) 783-6789
        Facsimile:    (985) 783-1333
        Email: Andrew@lemmonlawfirm.com