UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY OF OMAHA POLICE & FIRE RETIREMENT SYSTEM** | : | **CIVIL ACTION NO. 6:12CV1609** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **LHC GROUP, ET AL** | : | **MAGISTRATE JUDGE HILL** |

## ORDER

A telephone motion hearing on Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement filed by plaintiff, City of Omaha Police & Fire Retirement System, on June 17, 2014 [rec. doc. 72], is hereby set before the undersigned on **Tuesday, July 29, 2014 at 2:00 p.m.** The office of Gary J. Russo shall initiate the conference.

Signed this 22 day of July, 2014, at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE