UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM** | * | **CIVIL ACTION 6:12-CV-1609** |
| **VS.** | * | **JUDGE TRIMBLE** |
| **L H C GROUP INC ET AL** | * | **MAGISTRATE JUDGE HILL** |

### ORDER

In light of the Order issued by Judge Trimble granting [rec. doc. 72] Unopposed Motion for Preliminary Approval of Class Action Settlement by City of Omaha Police & Fire Retirement System, **IT IS ORDERED** that the hearing on the class certification currently set for October 1, 2014 at 10:00 a.m. before the undersigned is **CANCELED**.

Signed this 6th day of August, 2014 at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE