UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LHC GROUP, INC. AND KEITH G. MYERS,<br><br>Defendants. | CIVIL ACTION<br>NO.   6:12-CV-01609-JTT-CMH<br><br>**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff City of Omaha Police and Fire Retirement System ("Lead Plaintiff" or "Omaha Police and Fire") will, and hereby does, move the Court, pursuant to Fed. R. Civ. P. 23(e), for a Final Order Approving the Class Action Settlement and Plan of Allocation of Settlement Proceeds.  Lead Plaintiff's motion for final approval of the settlement of the above-captioned action on a class basis is made pursuant to Fed. R. Civ. P. 23(e) and seeks an order:

(1)   granting final approval to the Settlement set forth in the Stipulation of Settlement dated June 16, 2014;

(2)   granting final approval to the Plan of Allocation of the Settlement proceeds; and

(3)   certifying, for settlement purposes only, the proposed class.

Submitted herewith in support of the Motion are the:

(a)   Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation;

    (b)  the Declaration of Deborah Clark-Weintraub in Support of Lead Plaintiff's Motion for: (1) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Award of Attorneys' Fees and Expenses;

    (c)  Declaration of Daryl Scott in Support of Scott+Scott, Attorney at Law, LLP's Application for Award of Attorneys' Fees and Reimbursement of Expenses;

    (d)  Declaration of Andrew Lemmon in Support of the Lemmon Law Firm's Application for Award of Attorneys' Fees and Reimbursement Expenses;

    (e)  Declaration of Lead Plaintiff City of Omaha Police and Fire Retirement System in Support of Final Approval of Settlement and Application for Reimbursement of Costs and Expenses;

    (f)  Supplemental Declaration of Jennifer M. Keough Regarding Notice Dissemination and Publication; and

    (g)  such additional evidence as may be presented at the hearing to be held by the Court on December 11, 2014.  Lead Counsel has conferred with Defendants' counsel, and Defendants do not oppose this motion.

Date: October 21, 2014        Respectfully submitted,

                */s/ John T. Jasnoch*
                JOHN T. JASNOCH (*pro hac vice*)
                **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
                707 Broadway, Suite 1000
                San Diego, California 92101
                Telephone:   (619) 233-4565
                Facsimile:    (619) 233-0508
                Email:  jjasnoch@scott-scott.com

                */s/ Andrew A. Lemmon*
                ANDREW A. LEMMON (#18302)
                **LEMMON LAW FIRM, LLC**
                15058 River Road
                PO Box 904
                Hahnville, LA 70057

       Telephone:   (985) 783-6789
       Facsimile:    (985) 783-1333
       Email:   Andrew@lemmonlawfirm.com

       DAVID R. SCOTT
       **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
       156 South Main Street
       P.O. Box 192
       Colchester, CT  06415
       Telephone:   (860) 537-5537
       Facsimile:    (860) 537-4432
       Email:   david.scott@scott-scott.com

       DEBORAH CLARK-WEINTRAUB
       JOSEPH P. GUGLIELMO
       **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
       The Chrysler Building
       405 Lexington Ave., 40th Floor
       New York, NY 10174
       Telephone:   (212) 223-6444
       Facsimile:    (212) 223-6334
       Email:   dweintraub@scott-scott.com
                jguglielmo@scott-scott.com

       *Attorneys for Plaintiff City of Omaha Police and*
       *Fire Retirement System*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2014, I presented the foregoing Motion for Final Approval of Class Action Settlement to the Clerk of the Court for filing and uploading to the EM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I further certify that there are no non-CM/ECF participants that require notice of this filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October, 2014, at San Diego, California.

*/s/ John T. Jasnoch*
JOHN T. JASNOCH
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com