UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LHC GROUP, INC. AND KEITH G. MYERS,<br><br>Defendants. | CIVIL ACTION<br>NO.   6:12-CV-01609-JTT-CMH<br><br>**LEAD PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION COSTS AND EXPENSES** |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff City of Omaha Police and Fire Retirement System will, and hereby does, move the Court for an Order Awarding Attorneys' Fees and Reimbursement of Litigation Costs and Expenses.

Submitted herewith in support of the Motion are the:

(a)   Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses;

(b)   Declaration of Deborah Clark-Weintraub in Support of Lead Plaintiff's Motion for: (1) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; and (2) Award of Attorneys' Fees and Expenses;

(c)   Declaration of Daryl Scott in Support of Scott+Scott, Attorney at Law, LLP's Application for Award of Attorneys' Fees and Reimbursement of Expenses;

(d) Declaration of Andrew Lemmon in Support of the Lemmon Law Firm's Application for Award of Attorneys' Fees and Reimbursement Expenses;

(e) Declaration of Lead Plaintiff City of Omaha Police and Fire Retirement System in Support of Final Approval of Settlement and Application for Reimbursement of Costs and Expenses; and

(f) such additional evidence as may be presented at the hearing to be held by the Court on December 11, 2014.  Lead Counsel has conferred with Defendants' counsel, and Defendants take no position with respect to this motion.

Date: October 21, 2014                                   Respectfully submitted,


*/s/ John T. Jasnoch*
JOHN T. JASNOCH (*pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone:  (619) 233-4565
Facsimile:   (619) 233-0508
Email:  jjasnoch@scott-scott.com


*/s/ Andrew A. Lemmon*
ANDREW A. LEMMON (#18302)
**LEMMON LAW FIRM, LLC**
15058 River Road
PO Box 904
Hahnville, LA 70057
Telephone:  (985) 783-6789
Facsimile:   (985) 783-1333
Email:  Andrew@lemmonlawfirm.com

DAVID R. SCOTT
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432
Email:  david.scott@scott-scott.com

2

DEBORAH CLARK-WEINTRAUB
JOSEPH P. GUGLIELMO
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: dweintraub@scott-scott.com
jguglielmo@scott-scott.com

*Attorneys for Plaintiff City of Omaha Police and Fire Retirement System*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2014, I presented the foregoing Motion for Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses to the Clerk of the Court for filing and uploading to the EM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I further certify that there are no non-CM/ECF participants that require notice of this filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October, 2014, at San Diego, California.

> */s/ John T. Jasnoch*
> JOHN T. JASNOCH
> **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
> 707 Broadway, Suite 1000
> San Diego, California 92101
> Telephone:   (619) 233-4565
> Facsimile:   (619) 233-0508
> Email:   jjasnoch@scott-scott.com