# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against-<br><br>LHC GROUP, INC. AND KEITH G. MYERS,<br><br>Defendants. | Case No. 6:12-CV-01609-JTT-CMH<br><br>**LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES** |

I.  **PRELIMINARY STATEMENT**

On October 21, 2014, Lead Plaintiff City of Omaha Police and Fire Retirement System ("Lead Plaintiff") filed Motions for: (1) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; and (2) an Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses, along with supporting documents.[1]  This memorandum updates the Court on the status of the notice program and the Class's reaction thereto, including the fact that there has not been a single objection or request for exclusion by any putative Class Member.

II.  **THE NOTICE PROGRAM AND REQUESTS FOR EXCLUSION**

Pursuant to the Court's August 1, 2014 Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), 54,463 copies of the Notice of Proposed Settlement of Class Action (the "Notice") were mailed to potential Class Members and their nominees.  *See* Supplemental Declaration of Jennifer M. Keough Regarding Notice Dissemination and Publication ("Supp. Keough Decl."), ECF No. 79-6, ¶3.  The Notice advised Class Members of the Settlement, the Plan of Allocation, and the request for an award of attorneys' fees and reimbursement of costs and expenses.  *See* Exhibit A to Declaration of Jennifer M. Keough Regarding Notice Dissemination and Publication ("Keough Decl."), ECF No. 78-1.  The Notice further advised Class Members that the last day for: (1) requesting exclusion was November 11, 2014; and (2) filing an objection to the Settlement, the Plan of

---

[1]  The specific terms and conditions of the Settlement are contained in the Stipulation of Settlement dated as of June 16, 2014 (the "Stipulation"), which was previously filed with the Court as ECF No. 72-3.  Capitalized terms not defined herein have the meaning ascribed to them in the Stipulation.

1

Allocation, and/or the request for an award of attorneys' fees and reimbursement of costs and expenses was November 4, 2014. *See id.*[2]

To date, there has not been a single request for exclusion from the Settlement Class. Moreover, there has not been a single objection to the Settlement, the Plan of Allocation, the request for attorneys' fees, or the requests for the reimbursement of expenses. The lack of objections and requests for exclusion strongly militates in favor of the Court granting the requested relief. *See In re OmniVision Techs., Inc.,* 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) (absence of large number of objections raises a strong presumption that terms of settlement are favorable to class); *In re Heritage Bond Litig.*, No. 02-ML-1475 DT, 2005 WL 1594403, at *21 (C.D. Cal. June 10, 2005) ("The absence of objections or disapproval by class members to Class Counsel's fee request further supports finding the fee request reasonable.").[3]

---

[2] Notice was also provided to Class Members via publication and a settlement specific website (www.lhcsecuritieslitigation.com). On August 27, 2014, the Summary Notice was published in *Investor's Business Daily* and over the *PR Newswire*. *See* Keough Decl., ¶10. The website became operational on August 22, 2014 and is accessible 24 hours a day, seven days a week. *Id.,* ¶12. The Notice, Proof of Claim and Release form, Stipulation, and the Preliminary Approval Order were posted on the website, the address of which was set forth in both the Notice and Summary Notice. *Id.*, ¶8.

[3] *See also In re Merrill Lynch & Co., Inc. Research Reports Sec. Litig.*, No. 02 MDL 1484, 2007 WL 313474, at *10 (S.D.N.Y. Feb. 1, 2007) ("minimal number of objections and requests for exclusion militates in favor of approving the settlement as be[ing] fair, adequate, and reasonable"); *Stoetzner v. U.S. Steel Corp.,* 897 F.2d 115, 118-19 (3d Cir. 1990) (concluding that, when "only" 29 members of a class of 281 objected, the response of the class as a whole "strongly favors settlement"); *In re Prudential Sec. Inc. Ltd. P'ships Litig.*, 985 F. Supp. 410, 416 (S.D.N.Y. 1997) (in "determining the reasonableness of a requested fee, numerous courts have recognized that 'the lack of objection[s] from members of the class is one of the most important reasons'" considered in approving a fee request) (citation omitted); *In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 305 (3d Cir. 2005) (stating that the fact that only two class members objected to the fee request supports approval of the fee); *In re Sterling Fin. Corp. Sec. Class Action,* MDL No. 1879, 2009 WL 2914363, at *2 (E.D. Pa. Sept. 10, 2009) (where there were only two objections to the fee request, this factor weighed strongly in favor of approving the requested fee award).

**III.     CONCLUSION**

Based on the foregoing and the entire record herein, Lead Plaintiff respectively requests that the Court: (1) approve the Settlement and Plan of Allocation as fair, reasonable, adequate, and in the best interest of the Class; (2) award attorneys' fees to Lead Counsel in the amount of 33 1/3% of the Settlement Fund, together with expenses in the amount of $163,228.52, plus interest on both amounts; and (3) grant Lead Plaintiff's request for $5,000 as reimbursement for the costs and expenses incurred as a direct result of its representation of the Class.

Date: December 3, 2014

Respectfully submitted,
**LEMMON LAW FIRM, LLC**

*/s/ Andrew A. Lemmon*
ANDREW A. LEMMON (#18302)
15058 River Road
PO Box 904
Hahnville, LA 70057
Telephone:   (985) 783-6789
Facsimile:    (985) 783-1333
Email:  Andrew@lemmonlawfirm.com

JOHN T. JASNOCH (*pro hac vice*)
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone:   (619) 233-4565
Facsimile:    (619) 233-0508
Email:  jjasnoch@scott-scott.com

DAVID R. SCOTT
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:   (860) 537-5537
Facsimile:    (860) 537-4432
Email:  david.scott@scott-scott.com

        DEBORAH CLARK-WEINTRAUB
        JOSEPH P. GUGLIELMO
        **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
        The Chrysler Building
        405 Lexington Ave., 40th Floor
        New York, NY 10174
        Telephone:   (212) 223-6444
        Facsimile:    (212) 223-6334
        Email:   dweintraub@scott-scott.com
                jguglielmo@scott-scott.com

*Attorneys for Plaintiff City of Omaha Police and Fire Retirement System*

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 4, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed this 3rd day of December, 2014 at Hahnville, Louisiana.

                                         */s/ Andrew A. Lemmon*
                                         ANDREW A. LEMMON (#18302)
                                         LEMMON LAW FIRM, LLC
                                         15058 River Road
                                         PO Box 904
                                         Hahnville, LA 70057
                                         Telephone:   (985) 783-6789
                                         Facsimile:    (985) 783-1333
                                         Email:   Andrew@lemmonlawfirm.com