U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR - 2 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CITY OF OMAHA POLICE & FIRE RETIREMENT SYSTEM | * | CIVIL NO. 6:12-1609 |
| VERSUS | * | JUDGE TRIMBLE |
| LHC GROUP, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lead Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses filed by City of Omaha Police and Fire Retirement System [rec. doc. 80] is GRANTED, and that 30% of the settlement fund ($2,355,000) is awarded for attorneys' fees, that $163,228.52 in expenses is awarded and $5,000 is awarded as compensation to Lead Plaintiff, for a total of $2,523,228.52.

Alexandria, ~~Lafayette,~~ Louisiana, this 2nd day of March, 2015.

_____
James T. Trimble, Jr.
United States District Judge